Laura Sixkiller (Bar No. AZ-022014)
laura.sixkiller@us.dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
DLAPHX@us.dlapiper.com

*Attorneys for Defendant*
*Fireman's Fund Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Squire Motor Inns, Incorporated, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fireman's Fund Insurance Company, a California corporation,<br><br>Defendant. | CASE NO.  CV-21-8157-PCT-MTL<br><br>(Formerly Coconino County Superior Court Case No. S030CV202100301)<br><br>**DEFENDANT FIREMAN'S FUND INSURANCE COMPANY CERTIFICATE OF CONFERRAL**<br><br>(Assigned to Hon. Michael T. Liburdi) |

Pursuant to LRCiv 12.1(c), undersigned counsel, on behalf of defendant Fireman's Fund Insurance Company ("Defendant"), certifies that Defendant's counsel conferred with counsel for Plaintiff regarding Defendant's plan to pursue dismissal of the Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.

More specifically, a meet and confer was held between Laura Sixkiller and Steven Guy via telephone on August 16, 2021. After a discussion of the grounds on which Defendant intends to seek dismissal, the parties were unable to agree the Complaint is curable by a permissible amendment.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 17, 2021 | **DLA PIPER LLP (US)** |
| 2 | | |
| 3 | | By: *s/ Laura Sixkiller* |
| 4 | | Laura Sixkiller |
| | | laura.sixkiller@us.dlapiper.com |
| 5 | | 2525 East Camelback Road, Suite 1000 |
| | | Phoenix, Arizona 85016-4232 |
| 6 | | Tel:   480.606.5100 |
| 7 | | Fax:  480.606.5101 |
| 8 | | *Attorneys for Defendant* |
| | | *Fireman's Fund Insurance Company* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2021, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A courtesy copy will be sent via email to:

Steven S. Guy
The Guy Law Firm, PLLC
10105 E. Via Linda, Suite 103
Scottsdale, Arizona 85258
Tel: 480.767.3175
steve@steveguylaw.com

*Attorneys for Plaintiff*
*Squire Motor Inns, Incorporated*

*s/ Stephanie Havell*